IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

Vs                                      CASE NO. 4:06cr00297-02

ROBIN NELSON-FLANAGAN                                                 DEFENDANT

ORDER

The Court has determined that Defendant Robin Nelson-Flanagan is in need of immediate in-patient drug treatment at an approved facility. She must enter the Recovery Centers of Arkansas in-patient treatment program as soon as an opening is available.

IT IS SO ORDERED, THIS 28th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE